# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| QUINN AARON KLEIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Case No. CIV-12-144-R |
| | ) |
| STATE OF OKLAHOMA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered March 8, 2012.  Doc. No. 9.  No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.  Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED, and Petitioner's mandamus action is DISMISSED.

IT IS SO ORDERED this 2nd day of April 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE